UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| STEPHANIE L. WYRICK | CIVIL ACTION NO. 17-0872 |
| VERSUS | JUDGE ROBERT G. JAMES |
| LIFE INSURANCE CO. OF NORTH AMERICA | MAG. JUDGE KAREN L. HAYES |

## JUDGMENT

Upon consideration,

IT IS ORDERED, ADJUDGED, AND DECREED that the Joint Motion of Dismissal [Doc. No. 8] is GRANTED, and Plaintiff's claims are DISMISSED WITH PREJUDICE.

Monroe, Louisiana, this 20th day of October, 2017.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE